UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. §2252A(a)(5) |
| | : | and (b)(2) |
| **JOHN E. DIFAZIO,** | : | (Certain Activities Relating to Material |
| **Defendant.** | : | Constituting or Containing Child Pornography) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about March 23, 2005, within the District of Columbia, the defendant, **JOHN E. DIFAZIO**, knowingly possessed ten or more items of child pornography, as defined in 18 U.S.C. § 2256, which items depicted prepubescent minors or minors under the age of twelve years, and which items were transported in interstate or foreign commerce by computer and mail, and which items were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer.

**(Certain Activities Relating to Material Constituting or Containing Child Pornography,**
in violation of Title 18, United States Code, Sections 2252A(a)(5) and (b)(2))

                        JEFFREY A. TAYLOR
                        Attorney of the United States in
                        and for the District of Columbia
                        Bar No. 498-610

BY: _____
      ANGELA HART-EDWARDS
      Assistant United States Attorney
      PA Bar No. 61468
      Federal Major Crimes Section
      555 4th Street, N.W., Room 4241
      Washington, D.C. 20530
      (202) 307-0031