UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-022(RJL) |
| ) | |
| JOHN E. DIFAZIO ) | |
| Defendant. ) | |

## CONSENT MOTION FOR CONTINUANCE

John E. DiFazio, by undersigned counsel, hereby moves this Court for a continuance of the currently scheduled plea hearing in the above-captioned matter to a date and time to be determined by the Court. Because undersigned counsel recently changed law firms, he did not receive notice until yesterday, February 12, 2007, that the plea hearing was scheduled for February 21, 2007. However, Mr. DiFazio has a previously scheduled trip to be in Connecticut to visit his terminally ill father on that date, and undersigned counsel is also not available on that date due to previously scheduled professional commitments. The undersigned has conferred with Assistant United States Attorney Angela Hart-Edwards, and she has consented to the motion. Both counsel are available on any day during the March 5 through March 14, 2007 timeframe, except for March 9 and March 12.

Dated: February 15, 2007

Respectfully submitted,

 /s/ Whitney C. Ellerman
Whitney C. Ellerman
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC 20006
(202) 955-1688
(202) 778-2201 (fax)

Counsel for Defendant
John E. DiFazio

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2007, I caused the foregoing Consent Motion for Continuance and proposed Order to be served electronically pursuant to the Court's ECF system on counsel of record, and emailed the same to Assistant United States Attorney Angela Hart-Edwards.

      /s/ Whitney C. Ellerman
Whitney C. Ellerman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-022(RJL) |
| ) | |
| JOHN E. DIFAZIO ) | |
| Defendant. ) | |

**ORDER**

Having considered the Consent Motion for Continuance, it is hereby:

ORDERED that the Consent Motion for Continuance is GRANTED and the plea hearing is continued until _____, 2007

SO ORDERED this \_\_\_ day of February, 2007.

_____
District Court Judge Richard J. Leon

Copies to:

Angela Hart-Edwards
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW A#44241
Washington, DC 20001
Fax:  (202) 514-6010

Whitney C. Ellerman
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
Fax:  (202) 778-2201

Counsel for Defendant
John E. DiFazio