UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-022 (RJL) |
| | : | |
| v. | : | |
| | : | |
| JOHN E. DIFAZIO | : | VIOLATION: |
| | : | 18 U.S.C. § 2252A |
| Defendant. | : | (Possession of Child Pornography) |

### Amended FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about March 23, 2005, in the District of Columbia and elsewhere, the defendant, **JOHN E. DIFAZIO**, committed the offense of Unlawful Possession of Child Pornography in violation of 18 U.S.C. § 2252A.

1. Beginning on or about February 23, 2005, Mr. DiFazio communicated by e-mail from his work computer located at 900 17th Street, N.W., Suite 300, Washington, D.C., to an undercover United States Postal Inspector (the "UC") who had advertised "home made movies of real school girls" on a website devoted to child actress Dakota Fanning. After an exchange of emails, Mr. DiFazio ultimately ordered a DVD described to Mr. DiFazio as containing sexually explicit conduct between three minor girls with a minor boy and an adult male. Mr. DiFazio ordered the DVD by mailing $20 in U.S. currency on February 24, 2005, to a post office box in Maine as instructed by the UC in an email. The UC received Mr. DiFazio's order for the DVD on or about February 28, 2005.

2.	Following that date, United States Postal Inspectors created a DVD that contained images seized by law enforcement in a prior investigation and that fitted the description of what the defendant ordered in this case, and prepared a controlled delivery of that DVD to the defendant at his work place.  The DVD contained sexually explicit conduct including but not limited to, fellatio between a preteen boy and girls, masturbation among preteen boys and girls, sexual intercourse between an adult and a preteen girl, and sexual intercourse between preteens.  The Express Mail package was affixed with an address of "John DiFazio, 900 17th Street, N.W., Suite 300, Washington, D.C. 20006," a return address of "Sam M., P.O. Box 184 Stetson, Maine, 04488" along with postage and a cancelled postmark.  On or about March 5, 2005, the package was mailed from the United States Postal Inspection Service in Cleveland, Ohio, to the United States Postal Inspection Service in Merrifield, Virginia.  It was received by a Postal Inspector in Merrifield, Virginia, on or about March 7, 2005.  Thereafter, on or about March 23, 2005, a United States Postal Inspector dressed as a United States Mail carrier delivered the Express Mail package to Mr. DiFazio at 900 17th Street, N.W., Suite 300, Washington, D.C.  The Inspector asked for Mr. DiFazio by name, and delivered the package directly to the defendant, who signed for it.

3.	Approximately twenty minutes after Mr. DiFazio's receipt of the Express Mail package, Federal Agents conducted a search of his workspace at 900 17th Street, N.W., Suite 300, pursuant to an anticipatory search warrant.  Found on Mr. DiFazio's desk was the Express Mail package which he had just signed for.  The package was opened.  Further, Federal Agents found in Mr. DiFazio's office at least 458 images of child pornography, 77 of which appear on paper found in his workspace, and 381 of which had been saved to Mr. DiFazio's hard-drive.  Subsequently, a staff analyst of the National Center for Missing and Exploited Children

reviewed the material seized from Mr. DiFazio's office, and determined that at least 62 of those images contained known child victims, that is, depicted real children. Among the images of child pornography possessed by Mr. DiFazio were at least 350 that involved a prepubescent minor or a minor who had not attained the age of 12 years of which 62 images were of known child victims. Among the previously identified images saved on Mr. DiFazio's hard drive, was a sado-masochistic image of a six-year-old girl, and known child victim, displaying her genitals with the word "slut" written in red color across her naked chest. The sexual abuse and sexually explicit photography of the six-year-old girl occurred in North Carloina.

    4.    Mr. DiFazio possessed these images of child pornography knowingly and on purpose, not by accident or mistake. On March 23, 2005, Mr. DiFazio voluntarily told Postal Inspectors that he had received the DVD and that he knew it was supposed to contain child pornography, although he had not yet looked at before it was seized. He told the Inspectors that he used his office computer to order the DVD and to acquire other images over the Internet which he then saved on his computer, downloaded onto compact disks or printed out and kept in various locations in his office. Mr. DiFazio told the Inspectors that he had images of child pornography on his desk top computer in the C: drive in a folder called "My Videos." During the search of Mr. DiFazio's office, Inspectors found child pornography in this location on his office computer. Mr. DiFazio also informed the Inspectors that he kept printed images of child pornography in his office, which he had retrieved from the Internet, in a large envelope between two stacks of paper in his file cabinet, on compact disks in an envelope, in the third drawer of his credenza, and in his briefcase. During the search of Mr. DiFazio's office, Inspectors found child pornography in each of these locations. When the Agents showed Mr. DiFazio some of the images found in his office on March 23, 2005, he acknowledged that they belonged to him.

5. Mr. DiFazio also voluntarily provided the Inspectors with a hand-written statement, setting forth his correspondence with the UC, and recounting that the UC had offered descriptions of several DVDs. In his statement, Mr. DiFazio said the description of the DVD he selected to purchase was of children aged approximately 8, 9 and 12 and an adult all engaging in explicit sexual activity. Mr. DiFazio admitted he mailed cash to pay for this DVD, and that he received an Express Mail package containing the DVD that day.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    _____
    ANGELA HART-EDWARDS
    Assistant United States Attorney
    Pa.. Bar No. 61468
    Federal Major Crimes Section
    555 4th Street, N.W.  Room 4241
    Washington, DC 20530

    Tel: 202-307-0031