AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

MAR 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>John E. DiFazio | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: CR: 07-22 |

I, __John E. DiFazio__, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/14/2007__ prosecution by indictment and consent that the
                                  Date
proceeding may be by information rather than by indictment.

_John E. DiFazio Jr_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_