**FILED**

MAR 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-022 (RJL) |
| v. | : | |
| JOHN E. DIFAZIO | : | VIOLATION: |
| | : | 18 U.S.C. § 2252A |
| Defendant. | : | (Possession of Child Pornography) |

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 21st day of March, 2007 ORDERED that the defendant report to the United States Postal Service Special Agent Clayton Gerber immediately upon conclusion of the proceedings held before the Court on this date for the purpose of booking, fingerprinting, photographing, and processing on the above charges in this case. At the conclusion of the booking process the defendant shall be released.

_____Signed_____
Richard J. Leon
United States District Court Judge

