UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

MAY 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America

v.                                                                            **Docket No.**: CR-07-000 22

John E. DiFazio

## ORDER OF COURT

The defendant shall submit to a presentence psychosexual forensic evaluation as directed by the United States Probation Office.

Considered and ordered this _18th_ day of _May_, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE