UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

JUL 6 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America

v.

John E. DiFazio

Docket No.: CR-07-00022-01

## ORDER OF COURT

The sentencing originally schedule for July 20, 2007 is hereby vacated, and sentencing is now rescheduled for _September 20, 2007 at 3:30 pm_

Sentencing memorandums are due by _September 13, 2007_

Considered and ordered this _July_ day of _5th_, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE