To: Michael Penders

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-22- |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| DiFAZIO, John E. | : | Disclosure Date: June 5, 2007 |

**FILED**

**JAN 17 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

*At this time the Psycho Sex. Eval. is pending. This is not the complete report*

(CHECK APPROPRIATE BOX)
( ✗ ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          6/20/07
Prosecuting Attorney                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
(   ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
Defendant                         Date                    Defense Counsel                  Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 19, 2007**, to U.S. Probation Officer **Michael Penders**, telephone number (202) 565-1379, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer

  

**HUNTON &
WILLIAMS**

HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C 20006-1109

TEL    202 • 955 • 1500
FAX    202 • 778 • 2201

WHITNEY ELLERMAN
DIRECT DIAL: 202-955-1688
EMAIL.  wellerman@hunton.com

June 15, 2007

FILE NO: 68778.000002

**Via First Class Mail and E-mail**

Mr. Michael Penders
United States Probation Officer
United States District Court for the
 District of Columbia
Second Floor
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> **Confidential**
> Re:   United States v. John E. DiFazio, Jr.
>        Case No.: 07-00022-001

Dear Mr. Penders:

This letter contains Mr. DiFazio's comments on and objections to the first disclosure of the presentence investigation report in the above-referenced matter. Please incorporate these comments and objections into the Report. To the extent that you do not modify the report in response to these comments and objections, please note in the final report the outstanding issues raised on behalf of Mr. DiFazio.

1.  Page 1 ("**Identifying Data**"). Mr. DiFazio's date of birth is 09/**03**/1950.

2.  Page 6, ¶ 32 ("**Offender Characteristics**"); Page 14, ¶ 62 ("**Impact of Plea Agreement**"). Mr. DiFazio objects to the imposition of 3 levels, rather than the 2 levels set forth in the Plea Agreement, for the number of images he possessed. Mr. DiFazio should be given the benefit of the agreement he reached with the Government, which provides that he "possessed more than 10, but fewer than 150, visual depictions involving the sexual exploitation of a minor."

3.  Page 8, ¶ 32 ("**Offender Characteristics**"). Mr. DiFazio's correct date of birth is 09/03/1950.


HUNTON&
WILLIAMS

Mr. Michael Penders
June 14, 2007
Page 2

 4. **Page 8, ¶ 35 ("Offender Characteristics").** Mr. DiFazio wishes to clarify the statement "his son is aware of the instant offense." The DiFazio's son Stefan is aware that his father has legal problems that relate to pornography. He does not know the nature of the pornography or that the legal issue is criminal in nature.

 5. **Page 9, ¶ 38 ("Physical Condition").** Mr. DiFazio's hair is brown, not blond.

 6. **Page 13, ¶ 60, ("Sentencing Options").** Mr. DiFazio objects to a total offense level of 26. If the two level enhancement set forth in the Plea Agreement for the number of images he possessed were applied, Mr. DiFazio's total offense level would be 25. This corresponds to a Guidelines Range of 57 to 71 months.

Please do not hesitate to contact me if you have any questions or wish to discuss anything concerning this letter.

       Sincerely yours,

       Whitney C. Ellerman

Enclosure

cc: Angela Hart-Edwards, AUSA