HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

John E. DiFazio                              Docket No.: CR 07-22-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that <u>John E. Difazio</u> having been sentenced, on January 17, 2008, on the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to ~~FCI, Petersburg~~, in <u>Petersburg, VA</u> by 2 p.m., on <u>March 18, 2008</u>.

3/7/08
Date

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

**ATTORNEY/U.S. PROBATION OFFICER**                    **DEFENDANT**

Revised 6-2004